

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-22-00006-CR

_____

ANDRE DUANE BOYD,

                                                            Appellant

 v.

THE STATE OF TEXAS,

                                                            Appellee

_____

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2019-1888-C1

_____

## MEMORANDUM  OPINION

_____

Appellant Andre Duane Boyd attempts to appeal the denial of his motion to suppress. From the record before us, a final judgment has not been announced or signed in the trial court, and the matter remains pending there.

A ruling denying a motion to suppress evidence constitutes an interlocutory order. *Lackey v. State*, 364 S.W.3d 837, 845 (Tex. Crim. App. 2012). We do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *see also*

*Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) ("The standard for determining jurisdiction is not whether the appeal is precluded by law, but whether the appeal is authorized by law."). There is no statutory authorization to appeal the denial of a motion to suppress. *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).

Accordingly, we dismiss this appeal for want of jurisdiction.


MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed February 9, 2022
Do not publish
[CR25]

